**Order entered July 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00954-CV

### IN THE MATTER OF THE MARRIAGE OF LORIE RUTH BAKER AND GREGORY JOSEPH FINSTER

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-13669**

## ORDER

Before the Court is appellant's June 28 2019 second motion for an extension of time to file an amended brief. Appellant has made three attempts to file his amended brief. This Court rejected the brief each time because the brief and appendix were not bookmarked or text searchable. Appellant states he is unable to comply with these technical requirements.

We **GRANT** appellant's motion as follows. We **ORDER** appellant, who is indigent, to file a single paper copy of his brief by **July 17, 2019**. *See* TEX. R. APP. P. 9.3(a)(1).

/s/    ERIN A. NOWELL
        JUSTICE